**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2042

GARY D. BEAN,

Plaintiff - Appellant,

versus

UNITED PARCEL SERVICE, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-04-2213-DKC)

Submitted:  May 9, 2006                    Decided:  June 14, 2006

Before WILKINS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David A. Branch, Washington, D.C., for Appellant.  Emmett F. McGee, Jr., Paul A. Mallos, DLA PIPER RUDNICK GRAY CARY US, L.L.P., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary D. Bean appeals a district court order granting summary judgment against him in his employment discrimination action against United Parcel Service, Incorporated. Finding no error, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED